**KERSHAW, CUTTER & RATINOFF, LLP**
C. BROOKS CUTTER, 121407
KERRIE D. WEBB, 211444
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499
E-mail: bcutter@kcrlegal.com

**LAW OFFICES OF PHILLIP A. COOKE**
PHILLIP A. COOKE, 37115
1215 Plumas Street, Suite 1800
Yuba City, CA  95991
Telephone: (530) 671-1100
Facsimile: (530) 671-1461
E-mail: cag@syix.com

Attorneys for *Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRANJEET BADYAL, et al,<br><br>Plaintiffs,<br><br>v.<br><br>BOSCH PACKAGING TECHNOLOGY, INC., et al,<br><br>Defendants.<br>_____<br><br>SIEMENS CORPORATION, et al.,<br><br>Plaintiffs<br><br>v.<br><br>KULMAN TECHNOLOGIES, INC., et al., <br><br>Defendants. | Case No.  **2:11-CV-00349-MCE-GGH**<br>**[Consolidated with 2:12-CV-01894-MCE-JFM]**<br><br>STIPULATION TO VACATE TRIAL DATE AND RELATED DATES AND DISCOVERY DEADLINES; ORDER |

THE PARTIES HEREBY STIPULATE, by and through their counsel of record, that the trial date of January 6, 2014, and all related dates and discovery deadlines should be vacated, pending the appearance of the foreign defendants, SCHOELLER-BLECKMAN MEDIZINTECHNIK (SBM), and ROBERT BOSCH GmbH.

The plaintiffs in these consolidated cases are still in the process of serving the foreign defendants in this matter, pursuant to requirements for international service of process, and expect that it will take an additional six months or more to go through the process. Given the amount of time this process is taking, the parties have recognized that the trial date and related deadlines cannot work.

The parties agree that the trial date and related deadlines should be coordinated and set once all defendants have appeared.

IT IS FURTHER STIPULATED that this Stipulation may be signed in counterparts and that a signature by facsimile or e-mail shall be deemed counsel's original signature.

Dated: February 20, 2013          KERSHAW, CUTTER & RATINOFF, LLP


By:     /s/ Kerrie D. Webb
C. Brooks Cutter, SBN 121407
Kerrie D. Webb, SBN 211444
401 Watt Avenue
Sacramento, CA  95864
Telephone:  (916) 448-9800
Facsimile:  (916) 669-4499

Phillip A. Cooke, SBN 37115
1215 Plumas Street, Suite 1800
Yuba City, CA  95991
Telephone:  (530) 671-1100
Facsimile:  (530) 671-1461

Attorneys for Plaintiffs,
KIRANJEET BADYAL and DILAWAR BADYAL

-2-

Dated: February ___, 2013          DYKEMA GOSSETT LLP

By: /s/ Dommond E. Lonnie (authorized 02.20.13)
Dommond E. Lonnie, SBN 142662
333 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:  (213) 457-1800
Facsimile:  (530) 671-1461

Attorneys for Defendant,
ROBERT BOSCH PACKAGING TECHNOLOGY, INC.

Dated: February ___, 2013          CLAUSEN MILLER, P.C.

By:   /s/ Jay D. Harker (authorized 02.20.13)
Jay D. Harker, SBN 167063
2040 Main Street, Suite 500
Irvine, CA 92614
Telephone: (949) 260-3100
Facsimile: (949) 260-3190

Attorneys for Siemens Corporation, Siemens Healthcare Diagnostics, Inc. and Steadfast Insurance Company as a subrogee of Siemens Corporation and Siemens Healthcare Diagnostics, Inc.

**ORDER**

Based on the parties' stipulation and good cause appearing, that the trial date of January 6, 2014, and all related dates and discovery deadlines are vacated, pending the appearance of the foreign defendants, SCHOELLER-BLECKMAN MEDIZINTECHNIK (SBM), and ROBERT BOSCH GmbH. All dates set forth in the May 2, 2012 Pretrial Scheduling Order (ECF No. 23) are vacated. The parties are ordered to file a Joint Status Report two weeks after the appearance of the foreign defendants, and a new Pretrial Scheduling Order will issue after the parties file a Joint Status Report.

IT IS SO ORDERED.

Dated:   March 6, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE