**KERSHAW, CUTTER & RATINOFF, LLP**
C. BROOKS CUTTER, 121407
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499
Email: bcutter@kcrlegal.com

**LAW OFFICES OF PHILLIP A. COOKE**
PHILLIP A. COOKE, 37115
1215 Plumas Street, Suite 1800
Yuba City, CA  95991
Telephone: (530) 671-1100
Facsimile: (530) 671-1461
Email: cag@syix.com

Attorneys for *Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRANJEET BADYAL; DILAWAR BADYAL,<br><br>                    Plaintiffs,<br><br>         v.<br><br>BOSCH PACKAGING TECHNOLOGY, INC., et al,<br><br>                    Defendants. | Case No. **2:11-CV-00349-MCE-AC**<br>(Consolidated with 2:12-cv-01894-MCE-JFM)<br><br>**ORDER TO APPOINT SPECIAL PROCESS SERVICE** |
| SIEMENS CORPORATION, et al.<br><br>                    Plaintiffs,<br><br>         v.<br><br>KUHLMAN TECHNOLOGIES, INC., et al.<br><br>                    Defendants | |

///

1
[PROPOSED] ORDER TO APPOINT SPECIAL PROCESS SERVICE

IT IS HEREBY ORDERED, that APS International, Ltd., including its designated agents, is appointed and authorized to effect service of process on the defendant, Robert Bosh GmbH, in Germany.  Service shall be effected according to any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

IT IS SO ORDERED.

Dated:  November 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT