## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRANJEET BADYAL; DILAWAR BADYAL,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>BOSCH PACKAGING TECHNOLOGY, INC.; SBM SCHOELLER-BLECKMAN MEDIZINTECHNIK; KUHLMAN TECHNOLOGIES, INC.; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:11-CV-00349-MCE-GGH<br><br>**STIPULATION AND ORDER RESCHEDULING PRE-TRIAL DATES TO ACCOMMODATE MEDIATION** |
| SIEMENS CORPORATION, SIEMENS HEALTHCARE DIAGNOSTIC, INC., and STEADFAST INSURANCE COMPANY, as subrogee of SIEMENS CORPORATION and SIEMENS HEALTHCARE DIAGNOSTIC, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>KUHLMAN TECHNOLOGIES, INC., BOSCH PACKAGING TECHNOLOGY, INC., ROBERT BOSCH PACKAGING TECHNOLOGY, INC., and SBM SCHOELLER-BLECKMANN MEDIZINTECHNIK GES.M.B.H.,<br><br>　　　　　Defendants. | |

On July 1, 2015, the parties submitted to the Court a signed stipulation (ECF No. 63), that provided:

WHEREAS plaintiffs KIRANJEET BADYAL, DILAWAR BADYAL, SIEMENS CORPORATION, SIEMENS HEALTHCARE DIAGNOSTICS INC., and STEADFAST INSURANCE COMPANY as subrogee of SIEMENS CORPORATION and SIEMENS HEALTHCARE DIAGNOSTICS INC., and defendants ROBERT BOSCH PACKAGING TECHNOLOGY, INC., BOSCH PACKAGING TECHNOLOGY, INC., and SCHOELLER-BLECKMANN MEDIZINTECHNIK GES.MBH (collectively, the "Parties") have agreed to mediate their disputes in these consolidated proceedings with the assistance of Hon. John K. Trotter (Ret.), and all are available September 1, 2015, for mediation;

WHEREAS July 21, 2015, is presently the last day for expert disclosures;

WHEREAS the Parties seek to attend mediation in advance of expert disclosures, as this might reduce expenses and/or help facilitate resolution; and

WHEREAS the Parties are in agreement as to new dates for expert disclosures and other pre-trial dates;

IT IS HEREBY STIPULATED by the undersigned Parties that certain dates in this matter be rescheduled as follows:

| Current Date | Event | Proposed Date |
|---|---|---|
| 7.21.2015 | Expert Disclosures | 10.3.2015 |
|  | Mediation | 9.1.2015 |
| 11.12.2015 | L/D Hear Dispositive Motions | 1.21.2016 |
| 1.14.2016 | Joint Pretrial Conference Statement | 2.4.2016 |
| 1.14.2016 | Evidentiary or Procedural Motions | 2.4.2016 |
| 1.21.2016 | Trial Briefs | 2.11.2016 |
| 1.21.2016 | Oppositions to Evidentiary Motions, etc. | 2.11.2016 |
| 1.28.2016 | Replies for Evidentiary Motions, etc. | 2.19.2016 |
| 2.4.2016 | Final Pretrial Conference | 2.25.2016 |
| 3.21.2016 | Trial | No change |

# ORDER

The deadlines identified in the parties' signed stipulation (ECF No. 63) are hereby rescheduled as specified in the stipulation. Other than these date changes, the Court's Pretrial Scheduling Order remains in effect as previously ordered.

IT IS SO ORDERED.

Dated: July 6, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT