1 | Jay D. Harker (State Bar No. 167063)
jharker@clausen.com
2 | Martin C. Sener (Admitted *pro hac vice*)
msener@clausen.com
3 | CLAUSEN MILLER P.C.
17901 Von Karman Avenue, Suite 650
4 | Irvine, CA 92614
Telephone: (949) 260-3100
5 | Facsimile: (949) 260-3190

6 | Attorneys for Plaintiffs, SIEMENS CORPORATION,
SIEMENS HEALTHCARE DIAGNOSTICS INC.,
7 | and STEADFAST INSURANCE COMPANY as
subrogee of SIEMENS CORPORATION and
8 | SIEMENS HEALTHCARE DIAGNOSTICS INC.

9 | UNITED STATES DISTRICT COURT

10 | EASTERN DISTRICT OF CALIFORNIA

11

12 | KIRANJEET BADYAL; DILAWAR BADYAL, | CASE NO.: 2:11-CV-00349-MCE-AC
c/w 2:12-CV-01894-MCE-JFM
13 |
14 | Plaintiffs,
15 | vs. | **ORDER DISMISSING CLAIMS OF SIEMENS PLAINTIFFS AS TO DEFENDANTS BOSCH PACKAGING TECHNOLOGY, INC. AND ROBERT BOSCH PACKAGING TECHNOLOGY, INC.**
16 | BOSCH PACKAGING TECHNOLOGY, INC.; SBM SCHOELLER-BLECKMAN MEDIZINTECHNIK; KUHLMAN TECHNOLOGIES, INC.; AND DOES 1 THROUGH 50, INCLUSIVE,
17 |
18 |
19 | Defendants.

20 | / / /
21 | / / /
22 | / / /
23 | / / /
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 | / / /

SIEMENS CORPORATION, SIEMENS HEALTHCARE DIAGNOSTICS INC., AND STEADFAST INSURANCE COMPANY AS SUBROGEE OF SIEMENS CORPORATION AND SIEMENS HEALTHCARE DIAGNOSTICS INC.,

        Plaintiffs,

  vs.

KUHLMAN TECHNOLOGIES, INC., BOSCH PACKAGING TECHNOLOGY, INC., ROBERT BOSCH PACKAGING TECHNOLOGY, INC., AND SBM SCHOELLER-BLECKMANN MEDIZINTECHNIK GES.M.B.H,

        Defendants.

Upon joint request by Plaintiffs SIEMENS CORPORATION, SIEMENS HEALTHCARE DIAGNOSTICS INC., and STEADFAST INSURANCE COMPANY as subrogee of SIEMENS CORPORATION and SIEMENS HEALTHCARE DIAGNOSTICS INC. (the "Siemens Plaintiffs"), on the one hand, and Defendants BOSCH PACKAGING TECHNOLOGY, INC. and ROBERT BOSCH PACKAGING TECHNOLOGY, INC., on the other hand (ECF No. 79-1):

IT IS HEREBY ORDERED that the Siemens Plaintiffs' claims against Defendants BOSCH PACKAGING TECHNOLOGY, INC. and ROBERT BOSCH PACKAGING TECHNOLOGY, INC., only are DISMISSED.

Dated:  February 10, 2016

           MORRISON C. ENGLAND, JR., CHIEF JUDGE
           UNITED STATES DISTRICT COURT