**KERSHAW, CUTTER & RATINOFF, LLP**
C. BROOKS CUTTER, 121407
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 448-9800
Facsimile: (916) 669-4499
Email: bcutter@kcrlegal.com

**LAW OFFICES OF PHILLIP A. COOKE**
PHILLIP A. COOKE, 37115
1215 Plumas Street, Suite 1800
Yuba City, CA  95991
Telephone: (530) 671-1100
Facsimile: (530) 671-1461
Email: cag@syix.com

Attorneys for *Plaintiffs*
*Kiranjeet Badyal and Dilawar Badyal*

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRANJEET BADYAL; DILAWAR BADYAL,<br><br>Plaintiffs,<br><br>v.<br><br>BOSCH PACKAGING TECHNOLOGY, INC., et al,<br><br>Defendants. | Case No. **2:11-CV-00349-MCE-AC**<br>(Consolidated with 2:12-cv-01894-MCE-JFM)<br><br>**ORDER ON REQUEST FOR DISMISSAL** |
| SIEMENS CORPORATION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>KUHLMAN TECHNOLOGIES, INC., et al.<br><br>Defendants | |

/ / /

1
2
3
    The Court hereby GRANTS Plaintiffs Kiranjeet Badyal and Dilawar Badyal (collectively, "Badyal Plaintiffs") Request for Dismissal (ECF No. 78).  The Badyal Plaintiffs claims against all remaining Defendants are DISMISSED with prejudice.

4
    IT IS SO ORDERED.

5
Dated:  February 22, 2016

6
7
8
_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28