Jay D. Harker (State Bar No. 167063)
jharker@clausen.com
Martin C. Sener (Admitted *pro hac vice*)
msener@clausen.com
CLAUSEN MILLER P.C.
17901 Von Karman Avenue, Suite 650
Irvine, CA 92614
Telephone: (949) 260-3100
Facsimile: (949) 260-3190

Attorneys for Plaintiffs, SIEMENS CORPORATION, SIEMENS HEALTHCARE DIAGNOSTICS INC., and STEADFAST INSURANCE COMPANY as subrogee of SIEMENS CORPORATION and SIEMENS HEALTHCARE DIAGNOSTICS INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRANJEET BADYAL; DILAWAR BADYAL,<br><br>              Plaintiffs,<br><br>     vs.<br><br>BOSCH PACKAGING TECHNOLOGY, INC.; SBM SCHOELLER-BLECKMAN MEDIZINTECHNIK; KUHLMAN TECHNOLOGIES, INC.; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>              Defendants. | Case No.:   2:11-cv-00349-MCE-AC<br>c/w 2:12-cv-01894-MCE-JFM<br><br>**ORDER DISMISSING ALL CLAIMS OF PLAINTIFFS, SIEMENS CORPORATION, SIEMENS HEALTHCARE DIAGNOSTICS INC., AND STEADFAST INSURANCE COMPANY AS SUBROGEE OF SIEMENS CORPORATION AND SIEMENS HEALTHCARE DIAGNOSTICS INC., INCLUDING BUT NOT LIMITED TO, THEIR CLAIMS AGAINST SBM SCHOELLER-BLECKMANN MEDIZINTECHNIK GES.M.B.H.** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

|   |   |
|---|---|
| 1 | SIEMENS CORPORATION, SIEMENS HEALTHCARE DIAGNOSTICS INC., AND STEADFAST INSURANCE COMPANY AS SUBROGEE OF SIEMENS CORPORATION AND SIEMENS HEALTHCARE DIAGNOSTICS INC., |

SIEMENS CORPORATION, SIEMENS HEALTHCARE DIAGNOSTICS INC., AND STEADFAST INSURANCE COMPANY AS SUBROGEE OF SIEMENS CORPORATION AND SIEMENS HEALTHCARE DIAGNOSTICS INC.,

   Plaintiffs,

vs.

KUHLMAN TECHNOLOGIES, INC., BOSCH PACKAGING TECHNOLOGY, INC., ROBERT BOSCH PACKAGING TECHNOLOGY, INC., AND SBM SCHOELLER-BLECKMANN MEDIZINTECHNIK GES.M.B.H,

   Defendants.

Upon joint request by Plaintiffs SIEMENS CORPORATION, SIEMENS HEALTHCARE DIAGNOSTICS INC., and STEADFAST INSURANCE COMPANY as subrogee of SIEMENS CORPORATION and SIEMENS HEALTHCARE DIAGNOSTICS INC. (the "Siemens Plaintiffs"), on the one hand, and Defendant SBM SCHOELLER-BLECKMANN MEDIZINTECHNIK GES.M.B.H. ("Defendant SBM"), on the other hand:

IT IS HEREBY ORDERED that all the Siemens Plaintiffs' claims in this matter are dismissed, including but not limited to, their claims against Defendant SBM.

Inasmuch as all claims in this proceeding have now been dismissed, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  February 29, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT